| | |
|---|---|
| 1 | David V. Roth (State Bar No. 194648) |
| | *dvr@manningllp.com* |
| 2 | Jessica R. Spinola (State Bar No. 309138) |
| | *jrs@manningllp.com* |
| 3 | **MANNING & KASS** |
| | **ELLROD, RAMIREZ, TRESTER LLP** |
| 4 | One California St., Suite 900 |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 217-6990 |
| | Facsimile: (415) 217-6999 |
| 6 | |
| 7 | Attorneys for Defendant, |
| | J.C. PENNEY CORPORATION, INC. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WARD-PETERSON and NOEL PETERSON, | Case No. 2:18-cv-00567-KJM-DB |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION** |
| v. | |
| J.C. PENNEY CORPORATION, INC., J.C. PENNEY COMPANY, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AGREE AND STIPULATE AS FOLLOWS:

The Court scheduled a mediation completion deadline of February 8, 2019. Due to the transfer of handling attorneys, unavailability because of trial, and other scheduling issues, the parties are unable to complete mediation prior to the currently scheduled deadline. Additionally, the parties agree that there are additional depositions that must be taken prior to mediating the case.

Thus, the parties respectfully request the Court extend the mediation completion deadline for ninety (90) days, or to a date otherwise convenient to the Court.

///

///

---

**STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION**

| | | |
|---|---|---|
| DATED: January 29, 2019 | | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP**<br><br>By: _____/s/ J. Spinola_____<br>David V. Roth<br>Jessica R. Spinola<br>Attorneys for Defendant,<br>J.C. PENNEY CORPORATION, INC. |
| Dated: January 30, 2019 | | **LAW OFFICES OF JOSEPH A. WELCH**<br><br>By: _____/s/ Joseph A. Welch_____<br>JOSEPH A. WELCH, ESQ.<br>Attorneys for Plaintiffs, KIMBERLY WARD-PETERSON and NOEL PETERSON |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

KIMBERLY WARD-PETERSON and NOEL PETERSON,

    Plaintiffs,

v.

J.C. PENNEY CORPORATION, INC., J.C. PENNEY COMPANY, INC. and DOES 1 through 10, inclusive,

    Defendants.

Case No. 2:18-cv-00567-KJM-DB

**ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION**

Having considered the Parties' Stipulation to Continue the Mediation Completion Deadline, and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The last day to conduct mediation is continued to May 10, 2019.

IT IS SO ORDERED.

DATED: February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE