UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY WARD-PETERSON and
NOEL PETERSON,

        Plaintiffs,

v.

J.C. PENNEY CORPORATION, INC.,
J.C. PENNEY COMPANY, INC. and
DOES 1 through 10, inclusive,

        Defendants.

No. 2:18-cv-0567-KJM-DB

ORDER

Based upon the parties' stipulation, ECF No. 11, the scheduling order is amended as follows:

| Description | Existing Date | New Date |
| --- | --- | --- |
| Mediation completion deadline | May 10, 2019 | July 10, 2019 |
| Discovery completion deadline | April 19, 2019 | October 6, 2019 |
| Disclosure of expert witness deadline | May 20, 2019 | November 6, 2019 |
| Disclosed expert witness rebuttal deadline | June 10, 2019 | November 26, 2019 |
| Expert discovery completion deadline | July 10, 2019 | December 26, 2019 |

| Hearing on dispositive motions | August 23, 2019 | February 14, 2020 |

This amendment does not alter any other portions of the scheduling order.

      IT IS SO ORDERED.

DATED: April 5, 2019.

                                        UNITED STATES DISTRICT JUDGE