UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WARD-PETERSON and NOEL PETERSON,<br><br>Plaintiffs,<br><br>v.<br><br>J.C. PENNEY CORPORATION, INC., J.C. PENNEY COMPANY, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:18-cv-00567-KJM-DB<br><br>ORDER |

The parties jointly request the court amend certain deadlines in the scheduling order. *See* ECF No. 13. The stipulation is GRANTED. The following dates are amended:

| Description | Existing Date | New Date |
|---|---|---|
| Mediation completion deadline | July 10, 2019 | January 13, 2020 |
| Discovery completion deadline | October 6, 2019 | February 4, 2020 |
| Disclosure of expert witness deadline | November 6, 2019 | March 4, 2020 |
| Disclosed expert witness rebuttal deadline | November 26, 2019 | March 24, 2020 |
| Expert discovery completion deadline | December 26, 2019 | April 24, 2020 |

1

| Hearing on dispositive motions | February 14, 2020 | June 19, 2020 |

This amendment does not alter any other portions of the scheduling order.

IT IS SO ORDERED.

DATED: September 18, 2019.

_____
UNITED STATES DISTRICT JUDGE