1  JOSEPH A. WELCH, SB# 119312
   **LAW OFFICES OF JOSEPH A. WELCH**
2  E-Mail: joewelchlaw@yahoo.com
   828 University Avenue
3  Sacramento, California 95825
   Telephone: 916.444.5501
4  Facsimile: 916.920.5505

5  Attorneys for Plaintiffs
   KIMBERLY WARD-PETERSON and NOEL
6  PETERSON

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 KIMBERLY WARD-PETERSON and NOEL          Case No. 2:18-cv-00567-KJM-DB
   PETERSON,
12                                           **STIPULATION AND ORDER TO**
                  Plaintiffs,                **CONTINUE DEADLINE TO COMPLETE**
13                                           **MEDIATION AND DISCOVERY**
          v.                                 **DEADLINES**
14
   J.C. PENNEY CORPORATION, INC., J.C.
15 PENNEY COMPANY, INC. and DOES 1
   through 10, inclusive,
16
                  Defendants.
17

18        THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF

19 RECORD, AGREE AND STIPULATE AS FOLLOWS:

20        The Court scheduled a mediation completion deadline of June 19, 2020.  Due to the

21 transfer of handling attorneys, unavailability because of trial, and other scheduling issues, the

22 parties are unable to complete mediation and necessary depositions prior to the currently

23 scheduled deadlines.  Additionally, the parties agree that there are additional depositions that must

24 be taken prior to mediating the case.  Also, Plaintiffs' attorney is scheduled for a three to four

25 week criminal trial and will not be able to complete the mediation within the ninety days

26 originally agreed upon by the parties.

27        Thus, the parties respectfully request the Court extend the mediation completion deadline

28 again for an additional one hundred twenty (120) days from the date of this stipulation and

---

discovery deadlines extended, or to a date otherwise convenient to the Court. The parties propose the following deadlines:

**Proposed Schedule**:

The parties propose the following schedule in this matter:

    a.    Mediation to be completed: October 17, 2020

    b.    Discovery shall be completed by: June 3, 2020

    c.    Disclosure of Expert Witnessed due by: July 2, 2020

    d.    Disclosed expert witnesses of rebuttal: July 20, 2020

    e.    Expert discovery to be completed by: August 20, 2020

    e.    Hearing on Dispositive Motions: October 13, 2020.

DATED: March 23, 2020          **MANNING & KASS**
                                        **ELLROD, RAMIREZ, TRESTER LLP**

By:       /s/ Courtney Arnold
             David V. Roth
             Courtney Arnold
             Attorneys for Defendant,
             J.C. PENNEY CORPORATION, INC.

Dated: March 12, 2020          **LAW OFFICES OF JOSEPH A. WELCH**

By:      /s/ Joseph A. Welch
             JOSEPH A. WELCH, ESQ.
             Attorneys for Plaintiffs, KIMBERLY WARD-
             PETERSON and NOEL PETERSON

KIMBERLY WARD-PETERSON and NOEL PETERSON,

        Plaintiffs,

    v.

J.C. PENNEY CORPORATION, INC., J.C. PENNEY COMPANY, INC. and DOES 1 through 10, inclusive,

        Defendants.

Case No. 2:18-cv-00567-KJM-DB

**ORDER TO CONTINUE MEDIATION AND DISCOVERY DEADLINES**

Having considered the Parties' Stipulation to Continue the Mediation and Discovery Deadline, and good cause having been shown, IT IS HEREBY ORDERED THAT:

The mediation and discovery deadlines have been continued to the following:

a.      Mediation to be completed: October 17, 2020

b.      Discovery shall be completed by:  June 3, 2020

c.      Disclosure of Expert Witnessed due by:  July 2, 2020

d.      Disclosed expert witnesses of rebuttal:  July 20, 2020

e.      Expert discovery to be completed by: August 20, 2020

e.      Hearing on Dispositive Motions: October 16, 2020.

IT IS SO ORDERED.

DATED:  March 30, 2020.

_____

CHIEF UNITED STATES DISTRICT JUDGE