UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Ward-Peterson and Noel Peterson, | No. 2:18-cv-00567-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| J.C. Penney Corporation, Inc. et al., | |
| Defendants. | |

In an order filed June 3, 2020, the court stayed this case, vacated all dates and deadlines, ordered the parties to file a joint status report every ninety days, and directed the parties to notify the court when this action may proceed.  ECF No. 18.  The parties have not filed any joint status reports.  The plaintiffs are thus **ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b).

   IT IS SO ORDERED.

DATED:  September 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1